**Electronically Filed**
**Supreme Court**
**SCPW-12-0000017**
**25-JAN-2012**
**02:00 PM**

NO. SCPW-12-0000017

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

CHRIS GRINDLING, Petitioner,

vs.

THE HONORABLE SHACKLEY F. RAFFETTO, JUDGE OF THE CIRCUIT
COURT OF THE SECOND CIRCUIT, STATE OF HAWAIʻI, Respondent.

---

ORIGINAL PROCEEDING
(S.P.P. NO. 10-1-0011)

ORDER
(By: Recktenwald, C.J., Nakayama, Acoba, Duffy, and McKenna, JJ.)

Upon consideration of petitioner Chris Grindling's petition for a writ of mandamus filed on January 9, 2012 and the record of S.P.P. No. 10-1-0011,

IT IS HEREBY ORDERED that the clerk of the appellate court shall process the petition for a writ of mandamus without payment of the filing fee.

IT IS FURTHER ORDERED that the clerk of the appellate court shall serve the petition for a writ of mandamus on: (1) the respondent judge; (2) the attorney general; and (3) the prosecuting attorney for the County of Maui.

IT IS FINALLY ORDERED that the respondent judge shall file an answer to the petition for a writ of mandamus within twenty days from the date of this order.

DATED: Honolulu, Hawaiʻi, January 25, 2012.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ James E. Duffy, Jr.

/s/ Sabrina S. McKenna